# IN THE MATTER OF MOSES MORSE,
## AN ABSENT GRAND JUROR

### 1806

### JOURNAL ENTRIES

1. Order . . . . . . . . . . . . *Journal, infra,* \*p. 16
2. Cause shown; excused . . . . . . . . . . " 18

### PAPERS IN FILE
[None]